UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
DEC 1 3 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| RANDY SMITH | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) CIVIL NO. SA-17-CV-529-OG |
| | ) |
| WELLS FARGO BANK, N.A. | ) |
| | ) |
| Defendant | ) |

# ORDER

On this date, the Court considered the report and recommendation of United States Magistrate Judge Richard B. Farrer, filed in the above-styled and numbered cause on November 5, 2018. Docket no. 28. The parties were served with a copy of the recommendation, and no objections have been filed.

When no party has objected to the Magistrate Judge's recommendation, the Court need not conduct a de novo review. Instead, the Court need only review the recommendation and determine whether it is either clearly erroneous or contrary to law. The Court has reviewed the recommendation and finds it to be neither clearly erroneous nor contrary to law.

It is therefore ORDERED that the recommendation of U.S. Magistrate Judge Farrer is hereby ACCEPTED pursuant to 28 U.S.C. § 636(b)(1).

For the reasons stated in the recommendation, Defendant Wells Fargo's motion for summary judgment (docket no. 20) is hereby GRANTED and all claims asserted herein are DISMISSED with prejudice. Final judgment may be entered accordingly, with taxable costs

assessed against Plaintiff. This case may be closed.

SIGNED and ENTERED on the 13 day of December, 2018.

_____
ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE