AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
DEC 13 2018
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
          DEPUTY

| | |
|---|---|
| RANDY SMITH | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No.  SA17-CV-529-OLG |
| WELLS FARGO BANK, N.A. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** Defendant Wells Fargo's motion for summary judgment (docket no. 20) is hereby GRANTED and all claims asserted herein are DISMISSED with prejudice. Final judgment may be entered accordingly, with taxable costs assessed against Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Orlando L. Garcia on a motion for Summary Judgment

Date: 12/13/2018

CLERK OF COURT

_____
Robert F. Flaig
*Signature of Clerk or Deputy Clerk*